JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer,**<br><br>    Plaintiff,<br><br>v.<br><br>**SRR Investment Group, LLC**, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case 2:19-CV-04961-JFW-SSx<br><br>**Judgment**<br>(re: Default Judgment) |

Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that:

Plaintiff Chris Langer shall have JUDGMENT in his favor for $8,724 ($4,000 in statutory damages and $4,724 in attorneys' fees) against defendant SRR Investment Group, LLC.

In addition, SRR Investment Group, LLC is ordered to provide accessible sales counters at its building at 1343 S. Hill Street, Los Angeles, California, in compliance with the Americans with Disabilities Act Accessibility Standards.

Dated: June 12, 2020

_____
United States District Judge